NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Miles Bleek Basurto
6263 Topanga Cyn Blvd #539
Woodland Hills, CA 91367

ATTORNEY(S) FOR:

FILED

2025 DEC 10 PM 2:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Miles Bleek Basurto
Plaintiff(s),
v.
COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DEPUTY Michael J. Arnold, an individual DOES 1-50 inclusive Defendant(s)

CASE NUMBER: CV25-11727-AB (KES)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Miles Bleek Basurto
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| COUNTY OF LOS ANGELES | DEFENDANT |
| LOS ANGELES COUNTY SHERIFF'S DEPT. | DEFENDANT |
| DEPUTY MICHAEL J. ARNOLD, an individual | DEFENDANT |
| DOES 1-50, inclusive | DEFENDANT |

12-9-2025
Date

[Signature: M. Basurto]
Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES