# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miles Bleek Basurto <br><br> Plaintiff(s)/Petitioner(s) <br><br> v. <br><br> County of Los Angeles, et al. <br><br> Defendant(s)/Respondent(s) | Case No. <br><br> 2:25-cv-11727-AB-KES <br><br> **ORDER ON REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* <br><br> CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Request to Proceed Without Prepayment of Filing Fees (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff/Petitioner:

☐ is not able to prepay the full filing fee.    ☐ is able to prepay the full filing fee.

☒ has not submitted enough information for the Court to tell if Plaintiff/Petitioner is able to prepay the full filing fee. This is what is missing:

☐ a certified copy of a trust fund statement for the last six months. *N/A to prisoners at CDCR facilities in the C.D. Cal*

☒ other: see below

## *PRISONER NON-HABEAS CASES*
**IT IS THEREFORE ORDERED** that:

☐ The Request is **GRANTED. Plaintiff now owes the Court the total filing fee of $350.00.** An initial partial filing fee of $_____ is due within 30 days. Thereafter, monthly payments must be forwarded to the Court as provided in 28 U.S.C. §1915(b)(2). This case may be dismissed if Plaintiff fails to timely make any of the required payments.

☐ Ruling on the request is POSTPONED for 30 days so that Plaintiff has the opportunity to provide:
  ☐ the missing information identified above.
  ☐ authorization to disburse funds from the prison trust account.
If Plaintiff does not provide the information or authorization within 30 days, this case may be dismissed.

## *HABEAS PETITIONS*
**IT IS THEREFORE ORDERED** that:

☐ The request is **GRANTED**.

☐ Ruling on the request is POSTPONED for 30 days so that Petitioner may provide additional information.

## *NON-PRISONER/NON-HABEAS CASES*
**IT IS THEREFORE ORDERED** that:

☐ The request is **GRANTED**.

☒ Ruling on the request is POSTPONED for 30 days so that the Plaintiff may provide additional information.

**IT IS FURTHER ORDERED** that:
☒ Within 30 days of this Order, Plaintiff/Petitioner must do the following:

> Submit an amended IFP application that addresses: (1) the discrepancy between your approx. $200/month income and your monthly expenses of nearly $7,000; (2) your intention to spend $10,000 on this litigation despite not expecting any major changes to your monthly income; (3) what your bail was set at, and the amount you were required to pay to post bond; and (4) any assets you possess or sales you make in connection with LBLOCK.org. Use the attached CV-60 form.

If Plaintiff/Petitioner does not provide the information or authorization within 30 days, this case may be dismissed.

Dated: January 6, 2026        By: /s/ Karen E. Scott
                              HON. KAREN E. SCOTT
                              UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____
PLAINTIFF/PETITIONER

V.

_____
DEFENDANT/RESPONDENT

CASE NUMBER

_____

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____
    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | | | |
    |---|---|---|
    | Public benefits? | ☐ Yes | ☐ No |
    | Business, profession or form of self-employment? | ☐ Yes | ☐ No |
    | Rent payments, interest or dividends? | ☐ Yes | ☐ No |
    | Pensions, annuities or life insurance payments? | ☐ Yes | ☐ No |
    | Gifts or inheritances? | ☐ Yes | ☐ No |
    | Any other income (other than listed above)? | ☐ Yes | ☐ No |
    | Loans? | ☐ Yes | ☐ No |
    | Any other income (other than listed above)? | ☐ Yes | ☐ No |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____
    _____
    _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

   If you answer is yes, describe the property and state its approximate value: _____

   _____

   _____

5. In what year did you last file an Income Tax Return? _____

   Approximately how much income did your last return reflect? _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

7. Estimate your average monthly expenses below:

   | | | | |
   |---|---|---|---|
   | Housing | _____ | Credit Cards | _____ |
   | Transportation | _____ | Child Care | _____ |
   | Food | _____ | Insurance | _____ |
   | Medical | _____ | Loans | _____ |
   | Utilities | _____ | Other | _____ |

   _____       _____
              State                                   County (or City)

   I, _____ declare under penalty of perjury that the foregoing is true and correct.  Executed on:

   _____       _____
              Date                                   Plaintiff (Signature)